1  Jeffrey B. Youmans, WSBA #26604
   Sheehan Sullivan Weiss, WSBA #33189
2  Davis Wright Tremaine LLP
   2600 Century Square
3  1501 Fourth Avenue
   Seattle, WA 98101-1688
4  (206) 622-3150

5

6

           IN THE UNITED STATES DISTRICT COURT
7         FOR THE EASTERN DISTRICT OF WASHINGTON

8  BRENDA JANEEN DALY, individually, )
                                      )
9        Plaintiff,                   )  No. CV-05-5059-EFS
                                      )
10       v.                           )  STIPULATION AND
                                      )  PROTECTIVE ORDER
11 CAZIER ENTERPRISES, INC., a        )
   regular corporation licensed to conduct )
12 business in the State of Washington, d/b/a )
   SUBWAY, RUSSELL LEE CAZIER and )
13 JANE DOE CAZIER, husband and wife, )
   individually, and the marital community )
14 thereof,                           )
                                      )
15       Defendants.                  )

16                    **STIPULATION**

17     Based on the fact that discovery has been and may again be requested

18 in this case seeking disclosure of confidential business information, personnel

19 information, and other information of a sensitive and/or private nature, the

20
   STIPULATION AND PROTECTIVE ORDER (CV-
   05-5059-EFS) - 1
   SEA 1727322v1 65591-2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

parties stipulate to the entry of the subjoined Protective Order pursuant to Fed. R. Civ. P. 26(c).

DATED this 18th day of January, 2006.

| TAYLOR LAW FIRM | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| Attorney for Plaintiff Brenda Daly | Attorneys for Defendants Cazier Enterprises, Inc., Russell Lee Cazier and Joy Cazier |
| By   /s/Janet E. Taylor<br>Janet E. Taylor, WSBA No. 30046 | By    /s/Sheehan Sullivan Weiss<br>Jeffrey B. Youmans, WSBA No. 26604<br>Sheehan Sullivan Weiss, WSBA No. 33189 |

STIPULATION AND PROTECTIVE ORDER (CV-05-5059-EFS) - 2

SEA 1727322v1 65591-2

**PROTECTIVE ORDER**

Pursuant to Civil Rule 26(c), and according to the Stipulation of the parties, it is ORDERED as follows:

1.   Any documents produced by a party in this action which are, in good faith, determined by the producing party to contain confidential or proprietary information, including without limitation financial information, trade secrets, personnel and payroll information, or other commercially sensitive or personally sensitive information of a non-public nature, may be designated as confidential, and so marked, by stamping each page of the document "Confidential." If the document is more than 25 pages in length, stamping the front page "Confidential" shall be sufficient to cover the entire document under this Protective Order. In addition, any documents containing information regarding plaintiff's medical history are automatically deemed Confidential.

2.   When used in this Order, the word "documents" means all written, recorded or graphic matter whatsoever, however created and whatever the medium on which it was produced or reproduced, including, but not limited to, documents produced by any party, whether pursuant to Fed. R. Civ. P. 33 or 34, subpoena, or by agreement, and may also include deposition

STIPULATION AND PROTECTIVE ORDER (CV-05-5059-EFS) - 3

SEA 1727322v1 65591-2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

1  transcripts and exhibits, and any portions of any court papers which quote
2  from or summarize any of the foregoing.

3        3.    All confidential documents and all information contained therein,
4  shall be used by the party(ies) to whom the documents are disclosed solely for
5  the prosecution and/or defense of this action, and shall not be further
6  disseminated, except as specifically set forth below.

7        4.    Except with prior written consent of the party asserting
8  confidential treatment, confidential documents and the information contained
9  therein may be disclosed only to the following persons:

10       (a)   Counsel for the party(ies) to whom the confidential
11 disclosure has or is to be made, and secretaries, paralegal assistants, and other
12 employees of such counsel who are assisting counsel in the prosecution
13 and/or defense of this action.  Counsel shall be responsible for ensuring that
14 his or her associates and employees are informed of the terms of this Order
15 and agree to abide by them;

16       (b)   The parties to this litigation, provided they are informed of
17 the terms of this Order and agree to abide by them;

18       (c)   Outside consultants and experts retained by any party for
19 the purpose of assisting in the prosecution and/or defense of this action, but
20 only after the consultant or expert has read this Order and agrees in writing to

STIPULATION AND PROTECTIVE ORDER (CV-
05-5059-EFS) - 4

SEA 1727322v1 65591-2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

1 be bound by it, as set forth in Exhibit A. Upon Order of this Court, for good

2 cause shown, these agreements shall be available for inspection by counsel

3 for the party producing the confidential documents;

4     (d) Deposition witnesses, during their depositions, or trial

5 witnesses, at trial, when necessary for, or otherwise relevant or helpful to, the

6 testimony of such witnesses, provided that confidential documents and the

7 information contained therein may be disclosed to non-party deposition

8 witnesses only after the witness has read this Order and agrees in writing to

9 be bound by it, as set forth in Exhibit A. Upon Order of this Court, for good

10 cause shown, these agreements shall be available for inspection by counsel

11 for the party producing the confidential documents; and

12     (e) The Court.

13     5. Documents designated confidential, and information derived

14 therefrom, may be referred to in interrogatory answers, motions, briefs and

15 other court papers and may be used in depositions and marked as deposition

16 exhibits in this action. However, no such document shall be used for any of

17 these purposes unless it, or the portion of the court paper where it is revealed,

18 is appropriately marked and separately filed under seal with the Clerk of this

19 Court.

20

STIPULATION AND PROTECTIVE ORDER (CV-
05-5059-EFS) - 5

SEA 1727322v1 65591-2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

6.     The use of documents designated confidential, and information derived therefrom, during the course of the trial of this action shall be governed by further stipulation of the parties or further Order of this Court. Except as to the use at trial of confidential documents and information derived therefrom, this Order shall remain effective until such time as it is superseded by stipulation of the parties or Order of this Court.

7.     At the conclusion of the litigation of this action, or upon settlement or dismissal, documents designated as confidential, and all copies of such documents (other than exhibits of record), shall be returned to the source from which they were produced or at the direction of the producing party, destroyed with the party destroying the documents providing a certificate of destruction to the producing party.

8.     Nothing in this Order shall prevent any party to this action from moving the Court to remove the confidential designation from a particular document, from seeking modification of this Order or other or further protection or relief, or form objecting to discovery which it believes to be otherwise improper.

STIPULATION AND PROTECTIVE ORDER (CV-05-5059-EFS) - 6

SEA 1727322v1 65591-2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

1  DATED this __30th__ day of __January__, 20__06__.

3
　　　　　　　　　　　　　　　　s/ Edward F. Shea
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　THE HONORABLE EDWARD F. SHEA

5  Presented by:

6  DAVIS WRIGHT TREMAINE LLP
   Attorneys for Defendants Cazier Enterprises,
7  Inc., Russell Lee Cazier and Joy Cazier

8
   By __/s/ Sheehan Sullivan Weiss_____
9  　　　Jeffrey Youmans, WSBA No. 26604
   　　　Sheehan Sullivan Weiss, WSBA No. 33189
10

11 Approved as to Form;
   Notice of Presentation Waived:
12
   TAYLOR LAW FIRM
13 Attorneys for Plaintiff Brenda Daly

14
   By __/s/Janet E. Taylor_____
15 　　　Janet E. Taylor, WSBA No. 30046

---

STIPULATION AND PROTECTIVE ORDER (CV-05-5059-EFS) - 7

SEA 1727322v1 65591-2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

# EXHIBIT A

## AGREEMENT OF EXPERT, CONSULTANT, NON-PARTY DEPOSITION WITNESS, OR DESIGNATED REPRESENTATIVE TO BE BOUND BY PROTECTIVE ORDER

The undersigned, _____ (print or type name), an expert, consultant, non-party deposition witness, or designated representative of _____ (print or type name of party or law firm), in connection with <u>Brenda Daly v. Cazier Enterprises Inc.</u>, *et al.*, United States District Court for the Eastern District of Washington at Seattle, Cause No. CV05-5059 EFS, hereby acknowledges that he or she has received a copy of the Protective Order entered in these actions, which is attached hereto as Exhibit A, and has read and agreed to be bound by all of the provisions thereof.

DATED:_____  _____
                                Signature

STIPULATION AND PROTECTIVE ORDER (CV-05-5059-EFS) - 8

SEA 1727322v1 65591-2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

# CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, January 18, 2006, I caused to be served in the manner noted below a copy of the document entitled **Stipulation and Protective Order** on the following:

> Janet E. Taylor, <u>janet@jtaylor-law.com</u>
> Taylor Law Firm
> 1177 Jadwin Avenue, Suite D
> Richland, WA  99352

BY:
| | |
|---|---|
| | U.S. MAIL |
| | FACSIMILE |
| X | **ELECTRONIC FILING** |
| | DELIVERED BY SPOKANE MESSENGERS |
| | OVERNIGHT MAIL – FEDERAL EXPRESS |
| | eMAIL |

DATED this Wednesday, January 18, 2006.

> \s\ Sheehan Sullivan Weiss
> Jeffrey B. Youmans
> WSBA No. 26604
> Sheehan Sullivan Weiss
> WSBA No. 33189
> Davis Wright Tremaine LLP
> 1501 Fourth Avenue, Suite 2600
> Seattle, WA  98101-1688

CERTIFICATE OF SERVICE - 1

SEA 1694876v1 65591-2