AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BRENDA JANEEN DALY,
        Plaintiff,

v.

CAZIER ENTERPRISES, INC., et al.
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-5059-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in Defendants' favor with prejudice pursuant to the Order Granting Defendants' Motion for Summary Judgment (Ct. Rec. 75) filed on November 6, 2006.

November 6, 2006
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas